IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-563-D

FILED IN OPEN COURT
ON 10/8/2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN RE: PATIENT JANE DOE'S )
SUBSTANCE USE DISORDER ) **ORDER**
TREATMENT RECORDS )

On October 8, 2024, the court held a hearing on the motion of Julie Gochnour, M.D. ("Dr. Gochnour" or "petitioner"). See [D.E. 1]; 42 C.F.R. § 2.64. The North Carolina Medical Board has established good cause for the treatment records it seeks. See, e.g., [D.E. 2] 2–3; 42 C.F.R. § 2.64(d). Thus, petitioner SHALL produce the responsive treatment records to the North Carolina Medical Board. The North Carolina Medical Board may use the records as part of its investigation and shall seal the records from public disclosure. See 42 C.F.R. § 2.64(e).

SO ORDERED. This 8 day of October, 2024.

JAMES C. DEVER III
United States District Judge